**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| TODD DREISBACH and ANTOINETTE DREISBACH, h/w, | : | |
| Plaintiffs, | : | |
| vs. | : | NO. 08-2834 |
| DAVOL INC. and C.R. BARD INC., | : | |
| Defendants. | : | |

**CERTIFICATE OF SERVICE**

I hereby certify that on this date I caused the Answer and Affirmative Defenses of Defendants C.R. Bard, Inc. and Davol Inc. to Plaintiffs' Complaint to be served via regular mail upon the following:

Jane S. Sebelin, Esquire
533 Delaware Avenue
Palmerton, PA 18071

By: ______________________
Barbara K. Gotthelf
McCarter & English, LLP
Attorneys for Defendants,
Davol Inc. and C. R. Bard, Inc.

Dated: July 11, 2008



ME1 7521148v.1