IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TODD H. DREISBACH and ANTOINETTE DREISBACH, Plaintiffs | ) | Civil Action No. 08-CV-02834 |
| vs. | ) | |
| DAVOL, INC.; and C.R. BARD, INC., Defendants | ) | |

REFERRAL ORDER FOR SETTLEMENT CONFERENCE

NOW, this 21st day of July, 2008,

IT IS ORDERED that the within matter is referred to United States Magistrate Judge Henry S. Perkin to schedule and conduct a settlement conference.

IT IS FURTHER ORDERED that in the event any defendant has not yet entered an appearance at the time of this Order, plaintiff shall serve a copy of this Order upon that defendant.

By:

/s/ Cheryl E. Sinclair
CHERYL E. SINCLAIR
Civil Deputy Clerk to
Judge James Knoll Gardner
Phone: (610) 434-3457