IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TODD H. DREISBACH, et al

CIVIL ACTION: 08-2834

v.

DAVOL, INC., et al

**TELEPHONIC STATUS SETTLEMENT CONFERENCE SCHEDULING ORDER**

Please be advised that a TELEPHONIC SETTLEMENT/status conference in the above-captioned case is scheduled for WEDNESDAY, AUGUST 20, 2008, AT 11:30 AM before the Honorable Henry S. Perkin United States Magistrate Judge.

The Court directs Atty. Jane Sebelin to initiate the call to all Counsel involved. Conference call contact number is **610-434-3823**.

COUNSEL ARE DIRECTED TO BE AVAILABLE BY TELEPHONE ON THE TIME AND DATE STATED ABOVE.

FAILURE TO COMPLY WITH THIS ORDER WILL RESULT IN THE IMPOSITION OF SANCTION.

Counsel are further directed to complete the enclosed Settlement Conference Summary and return it to Chambers on or before WEDNESDAY, AUGUST 13, 2008. (Fax is acceptable - 610-434-5152)

**Counsel shall review Judge Perkin's Settlement Procedures at www.paed.uscourts.gov.**

/S HENRY S. PERKIN
HENRY S. PERKIN
UNITED STATES MAGISTRATE JUDGE
FOR INFORMATION CONTACT:
Helen A. Nicholas, Deputy Clerk

Phone: 610 -391-7025
Fax: 610 - 434-5152

Date: 7/21/08
cc: Jane Sebelin, Esq.
Barbara Gotthelf, Esq.

SETTLEMENT CONFERENCE SUMMARY

CAPTION: ______________________________

DISTRICT COURT JUDGE: ____________________ JURY/NONJURY

TRIAL/POOL DATE: ____________________ (Circle One)

TRIAL COUNSEL ATTENDING SETTLEMENT CONFERENCE:

Name: ______________________________

Address: ______________________________

Phone: ______________ FAX: ______________

Client: ______________________________

MOTIONS PENDING:

______________________________

______________________________

______________________________

OTHER RELEVANT MATTERS:

______________________________

______________________________

______________________________

PRIOR OFFERS/DEMANDS: ______________________________

______________________________

ATTACH SYNOPSIS OF CASE (LIMITED TO TWO PAGES)

COUNSEL IS ASKED TO STRICTLY ADHERE TO THE STANDARD DIRECTIVES SET FORTH IN JUDGE PERKIN'S POLICIES AND PROCEDURES.