FILED

Inasmuch as no objection is pending at this time, the stay is lifted.

AUG - 8 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 11 2008

U.S. DISTRICT COURT
DISTRICT OF R.I.

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 23 2008

FILED
CLERK'S OFFICE

08-2834

**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

**IN RE: KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION** MDL No. 1842

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-25)**

On June 22, 2007, the Panel transferred 12 civil actions to the United States District Court for the District of Rhode Island for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 493 F.Supp.2d 1371 (J.P.M.L. 2007). Since that time, 677 additional actions have been transferred to the District of Rhode Island. With the consent of that court, all such actions have been assigned to the Honorable Mary M. Lisi.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Rhode Island and assigned to Judge Lisi.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Rhode Island for the reasons stated in the order of June 22, 2007, and, with the consent of that court, assigned to the Honorable Mary M. Lisi.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Rhode Island. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A CERTIFIED TRUE COPY

AUG - 8 2008

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Attest to
True Copy
DAVID A. DIMARZIO
By
Deputy Clerk

**IN RE: KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION**

MDL No. 1842

**SCHEDULE CTO-25 - TAG-ALONG ACTIONS**

| DIST. DIV. C.A. # | CASE CAPTION | RHODE ISLAND CASE NUMBER |
|---|---|---|
| ARKANSAS EASTERN | | |
| ARE 4 08-568 | Edna Faye Thomas, et al. v. Davol, Inc., et al. | CA 08-2535 |
| ARIZONA | | |
| AZ 2 08-1073 | Martin Fishgold, et al. v. C.R. Bard, Inc., et al. | CA 08-2536 |
| CALIFORNIA CENTRAL | | |
| CAC 2 08-4064 | Carmenita Nunley v. C.R. Bard, Inc., et al. | CA 08-2537 |
| CAC 2 08-4273 | Barbara Gibson v. Davol, Inc., et al. | CA 08-2538 |
| FLORIDA MIDDLE | | |
| FLM 8 08-1117 | Robert Raitt, et al. v. Davol, Inc., et al. | CA 08-2539 |
| IOWA SOUTHERN | | |
| IAS 3 08-83 | John Rubio, et al. v. Davol, Inc., et al. | CA 08-2540 |
| ILLINOIS NORTHERN | | |
| ILN 1 08-3251 | Leslie Kolb v. Davol, Inc., et al. | CA 08-2541 |
| KENTUCKY WESTERN | | |
| KYW 5 08-110 | Terry Hoffman v. Davol, Inc., et al. | CA 08-2542 |
| MINNESOTA | | |
| MN 0 08-1903 | Ronald E. Reijo v. Davol, Inc., et al. | CA 08-2543 |
| MN 0 08-1905 | Max E. Allen v. Davol, Inc., et al. | CA 08-2544 |
| MN 0 08-2573 | Thane Parton v. Davol, Inc., et al. | CA 08-2545 |
| MN 0 08-2574 | Todd Miller v. Davol, Inc., et al. | CA 08-2546 |
| MISSOURI EASTERN | | |
| MOE 4 08-875 | Vena Hadley v. C.R. Bard, Inc., et al. | CA 08-2547 |
| MISSOURI WESTERN | | |
| MOW 4 08-455 | Marjorie Miller v. Davol, Inc., et al. | CA 08-2548 |
| NEW JERSEY | | |
| NJ 2 08-3303 | Jean G. Barresi v. Davol, Inc., et al. | CA 08-2549 |
| NJ 2 08-3304 | Melissa Salter Brownlee v. Davol, Inc., et al. | CA 08-2550 |
| NJ 2 08-3305 | David Conley Deen, et al. v. Davol, Inc., et al. | CA 08-2551 |

**MDL No. 1842 - Schedule CTO-25 Tag-Along Actions (Continued)**

| DIST. | DIV. | C.A. # | CASE CAPTION | RHODE ISLAND CASE NUMBER |
|---|---|---|---|---|
| NEW YORK EASTERN | | | | |
| NYE | 1 | 08-2329 | Dolly LaTarte, et al. v. Davol, Inc., et al. | CA 08-2552 |
| NYE | 1 | 08-2330 | Kenneth Brown v. Davol, Inc., et al. | CA 08-2553 |
| NYE | 1 | 08-2543 | Sharon Gordon, et al. v. Davol, Inc., et al. | CA 08-2554 |
| NYE | 1 | 08-2544 | Jennifer Wigal v. Davol, Inc., et al. | CA 08-2555 |
| NEW YORK SOUTHERN | | | | |
| NYS | 1 | 08-5432 | Mamie Thaden v. Davol, Inc., et al. | CA 08-2556 |
| PENNSYLVANIA EASTERN | | | | |
| PAE | 5 | 08-2834 | Todd H. Dreisbach, et al. v. Davol, Inc., et al. | CA 08-2557 |
| TEXAS SOUTHERN | | | | |
| TXS | 2 | 08-208 | Trinidad Rose Trejo v. Davol, Inc., et al. | CA 08-2558 |

**IN RE: KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION**

MDL No. 1842

**INVOLVED COUNSEL LIST (CTO-25)**

Samuel J. Abate, Jr.
PEPPER HAMILTON LLP
The New York Times Building
620 Eighth Avenue, 37th Floor
New York, NY 10018-1405

Baharak Dejban
KHORRAMI POLLARD & ABIR LLP
444 South Flower Street
33rd Floor
Los Angeles, CA 90071

Thomas M. Frieder
HASSARD BONNINGTON LLP
Two Embarcadero Center
Suite 1800
San Francisco, CA 94111-3941

Barbara K. Gotthelf
MCCARTER & ENGLISH LLP
1735 Market Street
Suite 700
Philadelphia, PA 19103-7501

Stephanie Hatzakos
MILBERG LLP
One Pennsylvania Plaza
49th Floor
New York, NY 10119-0165

Larry D. Helvey
LARRY HELVEY LAW FIRM
2735 First Avenue, S.E.
Suite 101
Cedar Rapids, IA 52402

David M. Hicks
DAVID M HICKS PC
7720 Stonebridge Golf Drive
Maryville, IL 62062

Joe G. Hollingsworth
SPRIGGS & HOLLINGSWORTH
1350 I Street, N.W.
Washington, DC 20005

Charles H Johnson
CHARLES H JOHNSON & ASSOCIATES PA
2599 Mississippi Street
New Brighton, MN 55112-5060

Brian S. Kabateck
KABATECK BROWN KELLNER LLP
644 South Figueroa Street
Los Angeles, CA 90017

Peter L. Kaufman
LEVIN PAPANTONIO THOMAS ET AL
316 South Baylen Street
Suite 600
P.O. Box 12308
Pensacola, FL 32502-5996

David Anthony Kolb
MCANDREWS HELD & MALLOY LTD
500 West Madison Street
34th Floor
Chicago, IL 60661

Lucia J.W. McLaren
GOLDENBERG & JOHNSON PLLC
33 South 6th Street
Suite 4530
Minneapolis, MN 55402

Donald A. Migliori
MOTLEY RICE LLC
321 South Main Street, 2nd Floor
P.O. Box 6067
Providence, RI 02940-6067

**MDL No. 1842 - Involved Counsel List (CTO-25) (Continued)**

Melanie H. Muhlstock
PARKER WAICHMAN ALONSO LLP
111 Great Neck Road
1st Floor
Great Neck, NY 11021-5402

Rene L. Obregon
CHAVES RESENDEZ & RIVERO LLP
Frost Bank Plaza
802 N. Carancahua
Suite 2100
Corpus Christi, TX 78470

Willard B. Paxton
PAXTON LAW FIRM
327 S. Jefferson Street
P.O. Box 478
Princeton, KY 42445-0483

Derek H. Potts
POTTS LAW FIRM LLC
908 Broadway
Suite 300
Kansas City, MO 64105

David Bagley Rheingold
RHEINGOLD VALET RHEINGOLD SHKOLNIK & MCCARTNEY
113 East 37th Street
New York, NY 10016-3042

Michael E. Schmidt
SCHMIDT FIRM LLP
2911 Turtle Creek Boulevard
Suite 1400
Dallas, TX 75219

Mark R. Schwartz
MARK R SCHWARTZ LAW OFFICES
11355 West Olympic Boulevard
Suite 100
Los Angeles, CA 90064

Jane S. Sebelin
SHULMAN & SHABBICK
533 Delaware Avenue
Palmerton, PA 18071

Daniel N. Thomas
THOMAS & ARVIN
1209 Virginia Street
P.O. Box 675
Hopkinsville, KY 42241-0675

Frank Verderame
PLATTNER VERDERAME PC
316 East Flower Street
P.O. Box 36570
Phoenix, AZ 85012

George R. Wise, Jr.
BRAD HENDRICKS LAW FIRM
500 Pleasant Valley Drive
Suite C
Little Rock, AR 72227

**IN RE: KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION**

MDL No. 1842

**INVOLVED JUDGES LIST (CTO-25)**

Hon. Susan Ritchie Bolton
U.S. District Judge
522 Sandra Day O'Connor U.S. Courthouse, SPC 50
401 West Washington Street
Phoenix, AZ 85003-2153

Hon. Susan C. Bucklew
U.S. District Judge
1430 Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602

Hon. Joan N. Ericksen
U.S. District Judge
12W U.S. Courthouse
300 South 4th Street
Minneapolis, MN 55415

Hon. Gary A. Fenner
U.S. District Judge
8452 Charles E. Whittaker U.S. Courthouse
400 East 9th Street
Kansas City, MO 64106

Hon. James Knoll Gardner
U.S. District Judge
United States District Court & Federal Building
504 W. Hamilton Street
Suite 4701
Allentown, PA 18101

Hon. Philip S. Gutierrez
U.S. District Judge
United States District Court
7100 Edward R. Roybal Federal Building
255 East Temple Street
Los Angeles, CA 90012-3332

Hon. Katharine S. Hayden
U.S. District Judge
311 U.S. Post Office & Courthouse
P. O. Box 999
Newark, NJ 07101-0999

Hon. Hayden W. Head, Jr
Chief Judge, U.S. District Court
1133 North Shoreline Boulevard
Suite 308
Corpus Christi, TX 78401

Hon. Faith S. Hochberg
U.S. District Judge
Martin Luther King, Jr. Federal Building &
U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

Hon. Sterling Johnson, Jr.
Senior U.S. District Judge
720 S United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

Hon. Lewis A. Kaplan
U.S. District Judge
1310 Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Hon. Matthew F. Kennelly
U.S. District Judge
2188 Everett McKinley Dirksen U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

**MDL No. 1842 - Involved Judges List (CTO-25) (Continued)**

Hon. Edward R. Korman
Senior U.S. District Judge
918 S United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201-1818

Hon. Paul A. Magnuson
Senior U.S. District Judge
730 Warren E. Burger Federal Building
316 North Robert Street
St. Paul, MN 55101

Hon. A. Howard Matz
U.S. District Judge
170 U.S. Courthouse
312 North Spring Street
Los Angeles, CA 90012-4701

Hon. James M. Rosenbaum
U.S. District Judge
15E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. Thomas B. Russell
U.S. District Judge
121 Federal Building
501 Broadway Street
Paducah, KY 42001-6856

Hon. Donald J. Stohr
Senior U.S. District Judge
Thomas F. Eagleton United States Courthouse
111 South Tenth Street
St. Louis, MO 63102-9958

Hon. Jack B. Weinstein
Senior U.S. District Judge
1420 U. S. Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

Hon. Charles R. Wolle
Senior U.S. District Judge
110 E. Court
Room 403
Des Moines, IA 50309

Hon. Susan Webber Wright
U.S. District Judge
522 Richard Sheppard Arnold U.S. Courthouse
600 West Capitol Avenue
Little Rock, AR 72201

**IN RE: KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION**

MDL No. 1842

**INVOLVED CLERKS LIST (CTO-25)**

James W. McCormack, Clerk
402 U.S. Courthouse
600 West Capitol Avenue
Little Rock, AR 72201-3325

Richard H. Weare, Clerk
130 Sandra Day O'Connor U.S. Courthouse, SPC 1
401 West Washington Street
Phoenix, AZ 85003-2118

Sherri R. Carter, Clerk
G-8 U.S. Courthouse
312 North Spring Street
Los Angeles, CA 90012

Sheryl L. Loesch, Clerk
218 Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602-3800

Marge Krahn, Clerk
P.O. Box 256
Davenport, IA 52805

Michael W. Dobbins, Clerk
Everett McKinley Dirksen U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

Jeffrey A. Apperson, Clerk
322 Federal Building
501 Broadway
Paducah, KY 42001

Richard Sletten, Clerk
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

James G. Woodward, Clerk
3300 Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street
St. Louis, MO 63102-1116

Patricia L. Brune, Clerk
2710 Charles Evans Whittaker U.S. Courthouse
400 E. Ninth Street
Kansas City, MO 64106

William T. Walsh, Clerk
Martin Luther King, Jr. Federal Building &
U.S. Courthouse
50 Walnut Street, 4th Floor
Newark, NJ 07102

Robert C. Heinemann, Clerk
130 United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201-1818

J. Michael McMahon, Clerk
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Michael E. Kunz, Clerk
2609 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1797

Michael N. Milby, Clerk
U.S. Courthouse
1133 North Shoreline Boulevard
Corpus Christi, TX 78401