A/R, SPECIAL

# United States District Court
# Eastern District of Pennsylvania (Allentown)
# CIVIL DOCKET FOR CASE #: 5:08−cv−02834−JKG

DREISBACH et al v. DAVOL, INC. et al
Assigned to: HONORABLE JAMES KNOLL GARDNER
Demand: $150,000
Cause: 28:1332 Diversity−Product Liability

Date Filed: 06/18/2008
Jury Demand: Both
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**TODD H. DREISBACH** represented by **JANE S. SEBELIN**
SHULMAN &SHABBICK
533 DELAWARE AVE
PALMERTON, PA 18071
610−826−3122
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**ANTOINETTE DREISBACH** represented by **JANE S. SEBELIN**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**DAVOL, INC.** represented by **BARBARA K. GOTTHELF**
MCCARTER &ENGLISH
1735 MARKET STREET
SUITE 700
PHILADELPHIA, PA 19103
215−979−3836
Email: bgotthelf@mccarter.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**C.R. BARD, INC.** represented by **BARBARA K. GOTTHELF**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/18/2008 | 1 | COMPLAINT against DAVOL, INC., C.R. BARD, INC. ( Filing fee $ 350 receipt number 949233.), filed by TODD H. DREISBACH, ANTOINETTE DREISBACH.(tj, ) (Entered: 06/18/2008) |

| | | |
|---|---|---|
| 06/18/2008 | Ï | Summons Issued; 2 Mailed to counsel 6/18/08 as to DAVOL, INC., C.R. BARD, INC. (tj, ) (Entered: 06/18/2008) |
| 06/18/2008 | Ï | DEMAND for Trial by Jury by TODD H. DREISBACH, ANTOINETTE DREISBACH. (tj, ) (Entered: 06/18/2008) |
| 07/11/2008 | Ï 2 | ANSWER to 1 Complaint *and Affirmative Defenses* by DAVOL, INC., C.R. BARD, INC..(GOTTHELF, BARBARA) (Entered: 07/11/2008) |
| 07/11/2008 | Ï 3 | CERTIFICATE of Counsel re 2 Answer to Complaint *(Certificate of Service)* by BARBARA K. GOTTHELF on behalf of all defendants(GOTTHELF, BARBARA) (Entered: 07/11/2008) |
| 07/21/2008 | Ï 4 | ORDER THAT A TELEPHONE CONFERENCE IS SCHEDULED FOR 8/28/2008 AT 9:15 A.M. BEFORE THE HONORABLE JAMES KNOLL GARDNER. SIGNED BY HONORABLE JAMES KNOLL GARDNER ON 7/21/08. 7/21/08 ENTERED AND COPIES MAILED AND E−MAILED.(ky, ) (Entered: 07/21/2008) |
| 07/21/2008 | Ï 5 | ORDER REFERRING CASE TO MAGISTRATE JUDGE HENRY S. PERKIN TO SCHEDULE AND CONDUCT A SETTLEMENT CONFERENCE. SIGNED BY HONORABLE JAMES KNOLL GARDNER ON 7/21/08. 7/21/08 ENTERED AND COPIES MAILED AND E−MAILED. ( ky, ) (Entered: 07/21/2008) |
| 07/22/2008 | Ï 6 | ORDER THAT A TELEPHONE STATUS/SETTLEMENT CONFERENCE IS SCHEDULED FOR 8/20/2008 AT 11:30 A.M. BEFORE MAGISTRATE JUDGE HENRY S. PERKIN. SIGNED BY MAGISTRATE JUDGE HENRY S. PERKIN ON 7/21/08. 7/22/08 ENTERED AND COPIES E−MAILED AND SERVED BY CHAMBERS. (ky, ) (Entered: 07/23/2008) |
| 08/14/2008 | Ï 7 | CONDITIONAL TRANSFER ORDER FROM THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION THAT THE CASE IS TRANSFERRED TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND. (ac, ) (Entered: 08/14/2008) |